# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BRENDA SHIPMAN,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Case No. CIV-17-824-R |
| **CREST DISCOUNT FOODS, INC.,** a **Foreign for Profit Corporation,** | ) ) ) |
| **Defendant.** | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiff, by and through her attorney of record, and Defendant, by and through its attorneys of record, stipulate to the dismissal with prejudice of all claims and causes of action brought in this case by the Plaintiff. The parties stipulate that they shall each bear their own attorneys' fees and costs.

### RESPECTFULLY SUBMITTED THIS 7th DAY OF MAY, 2018

*s/ Terry A. Hall*
Terry A. Hall, OBA #10668
Law Office of Terry A. Hall
P.O. Box 616
Choctaw, OK 73020
(405) 708-7525 (Telephone)
(405) 415-9095 (Facsimile)
thall@okhnhlaw.com

ATTORNEY FOR PLAINTIFF BRENDA SHIPMAN

*s/ Adam W. Childers*
(*signed with permission*)
Adam W. Childers, OBA #18673
Melissa R. McDuffey, OBA #32463

-- Of the Firm --

CROWE & DUNLEVY
A Professional Corporation
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
adam.childers@crowedunlevy.com
melissa.mcduffey@crowedunlevy.com

ATTORNEYS FOR DEFENDANT CREST
DISCOUNT FOODS, INC.